# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **Cherita Noonan,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 4:09cv01041 RWS |
| **Litton Loan Servicing, L.P.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

On July 2, 2009, the above styled cause was inadvertently assigned a case number for the Eastern Division of the Eastern District of Missouri. Upon closer examination, it has been determined that the case should have been filed as a Northern Division case. Therefore, a Northern Division case number must be drawn and a judge assigned.

**IT IS HEREBY ORDERED** that this case has been randomly assigned to the Honorable E. Richard Webber, United States District Judge.

Dated this 6th day of July, 2009.

                                                   JAMES G. W00DWARD
                                                   Clerk of Court

                                                   By: /s/ Karen Moore
                                                   Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 2:09cv00031 ERW.**