UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| CHERITA NOONAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:09CV00031 ERW |
| ) | |
| LITTON LOAN SERVICING, L.P., ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the letter sent to the Court by Mr. Scott D. Mosier on November 23, 2009 [doc. #26]. The Court has construed this letter as a Motion for Clarification of the Court's November 19, 2009 Memorandum and Order.

In his Motion, Mr. Mosier seeks to clarify whether the Court's Order at Paragraph 6 requires disclosure of litigation outside the State of Missouri, or of any litigation that took place more than five years ago. The Court recalls that it did mention the possibility of limiting the disclosure to litigation in the State of Missouri, and as such, finds that the disclosure required under Paragraph 6 should be limited to all Federal and State litigation in the State of Missouri. The time limitation imposed by the Court in its Order, requiring disclosure of litigation from the date of the purchase of the servicing rights by Defendant of Plaintiff's loan, shall remain.

The Court notes that further disclosure of litigation outside the State of Missouri may be required at a later date.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Clarification of the Court's November 19, 2009 Memorandum and Order is **GRANTED**, in part, as set forth above.

Dated this <u>4th</u> Day of <u>December</u>, 2009.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE